**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:   CASE NO. :09-40709 -LMK

JAMES LEE FRYE   CHAPTER 13

    Debtor.
_____/

**OBJECTION TO CLAIM PURSUANT TO NEGATIVE NOTICE**

Pursuant to Local Rule 2002-2, the Court will consider this objection without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 110 E. Park Avenue, Tallahassee, FL 32301, and serve a copy on the movant's attorney, Thomas B. Woodward, at P.O. Box 10058, Tallahassee, FL 32302.

If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection with the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, and will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COMES NOW James Frye, and objects to the following claims(s):

1. That the unsecured claim, number 3-1, filed by Citifinancial, Inc. dated October 13, 2009, in the amount of $8,355.00, should be disallowed in that the Creditor has a secured lien on Debtors vehicle title and the claim should be allowed as a secured claim.

Submitted this 15th day of February 15, 2010.

                                                 /S/ Thomas B. Woodward
                                                 Attorney for the Debtor
                                                 FL Bar No.: 0185506
                                                 P.O. Box 10058
                                                 Tallahassee, FL 32302
                                                 850-222-4818

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served to Leigh Hart, Trustee, by electronic filing and to Citifinancial at P.O. Box 140489, Irvine, TX 75014 by U.S. Mail, postage pre-paid this 15th day of February, 2010.

/S/ Thomas B. Woodward